**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEVEN B. CHASIN, et al.,** | |
| **Plaintiffs,** | |
| v. | **Civil Action No. 00-2405 (JDB)** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

**ORDER APPROVING SETTLEMENT ON PLAINTIFFS' CLAIMS**

Having considered the parties' Joint Motion to Approve Settlement of Plaintiffs' Claims, the proposed Settlement Agreement, and the entire record herein, and having concluded that the proposed settlement is fair and reasonable, particularly in light of the realistic assessment of plaintiffs' counsel of the chance of success in this matter and the absence of an objection to the proposed settlement by any plaintiff, it is this 25th day of August, 2005, hereby

**ORDERED** that the Settlement Agreement shall be, and hereby is, approved; and it is further

**ORDERED** that plaintiffs' claims shall be, and hereby are, dismissed with prejudice.

                                                 /s/ John D. Bates
                                                  JOHN D. BATES
                                       United States District Judge

Copies to:

James Thomas Maloney
Maloney & Molsen, P.L.L.C.
4201 Connecticut Avenue, Northwest
Suite 404
Washington, D. C.  20008
202-237-6800 (telephone)
202-966-5270 (fax)
E-mail: verdict@bellatlantic.net
    *Counsel for Plaintiff*

Wendel V. Hall
Assistant Attorney General
441 Fourth Street, Northwest
6th Floor South
Washington, D.C.  20001-4600
(202) 724-6608
Fax: (202) 727-0431
Email: wendel.hall@dc.gov
    *Counsel for Defendant*